UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY S. WATSON, | ) NO. CV-05-3086-LRS |
| Plaintiff, | ) ORDER DISMISSING COMPLAINT |
| -vs- | ) WITHOUT PREJUDICE |
| BART OLSON, Washington State Patrol trooper, | ) |
| Defendant. | ) |

**BEFORE THE COURT** is Plaintiff Tracy Watson's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendant responded and has no objection. (Ct. Rec. 18).

Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 17) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

The District Court Executive is directed to enter this Order, forward a copy to the parties and close the file.

**DATED** this 25th day of May, 2006.

**s/Lonny R. Suko**

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE - 1